1  **CENTURY LAW GROUP LLP**
   Edward O. Lear, SBN 132699
2  Rizza Gonzales, SBN 268118
3  5200 W. Century Boulevard, Suite 345
   Los Angeles, California 90045
4  Telephone: (310) 642-6900
   Facsimile: (310) 642-6910
5  Attorneys for Plaintiffs

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY WIJAYA, LINDA WIJAYA, and FELIX PUMOMO JAO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE COUNTY OF SAN BERNARDINO, THE UNITED STATES BUREAU OF LAND MANAGEMENT, and, CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; <br><br> Defendants. | Case No.: 5:19-cv-002274 JGB (KKx) <br><br> **ORDER GRANTING STIPULATION TO REMAND THE MATTER TO STATE COURT FOLLOWING DISMISSAL OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT** |

Plaintiffs Tony Wijaya, Linda Wijaya, and Felix Pumomo Jao (collectively "Plaintiffs"), Defendant County of San Bernardino ("County"), Defendant California Department of Parks and Recreation ("State Parks"), and Defendant the United States Department of the Interior, Bureau of Land Management ("BLM") Stipulation to Remand the Matter to State Court Following Dismissal of the United States Department of the Interior, Bureau of Land Management came before the Honorable Jesus G. Bernal of the above-captioned Court. After considering the Request and good cause appearing,

IT IS HEREBY ORDERED that

(1) The hearing date of February 24, 2020, as to Defendant State Parks and Defendant County's Motions to Dismiss is vacated; and

(2) The above-captioned matter is remanded to State Court.

DATED: February 12, 2020

Jesus G. Bernal, United States District Judge